UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAMADA WORLDWIDE, INC.,

*Plaintiff*,

v.

VMN FOOTHILLS, LLC, et al.

*Defendants*.

Civil No.: 15-cv-4078 (KSH) (CLW)

**ORDER**

**THIS MATTER** having come before the Court upon a report and recommendation filed by Magistrate Judge Cathy Waldor (D.E. 31), recommending that the Court grant plaintiff's motion made pursuant to Fed. R. Civ. P. 37 (D.E. 27) to strike the answer (D.E. 13) filed by defendants VMN Foothills, TIC, LLC, DK TIC, LLC, Mayank Patel, Narinder Sanwal, Dilip Patel and Kokila Patel ("defendants"),[1] and to enter default against them pursuant to Fed. R. Civ. P. 55(a).; and no objections having been filed; and the Court having reviewed Judge Waldor's report and recommendation in accordance with Fed. R. Civ. P. 72(b)(3) and L. Civ. R. 72.1(a)(2); and for the reasons set forth in Judge Waldor's report and recommendation and the opinion filed herewith,

**IT IS** on this 28th day of March, 2017, hereby

**ORDERED** that Judge Waldor's report and recommendation (D.E. 31) is accepted in whole; and it is further

**ORDERED** that plaintiff's motion (D.E. 27) is **granted**; and it is further

**ORDERED** that defendants' answer (D.E. 13) is stricken; and it is further

---

[1] An additional individual defendant, Virender Sanwal, *pro se*, is not the subject of the instant motion.

**ORDERED** that the Clerk of the Court is directed to enter default against defendants VMN Foothills, TIC, LLC, DK TIC, LLC, Mayank Patel, Narinder Sanwal, Dilip Patel and Kokila Patel.

/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.